STATE of Missouri, Respondent,

v.

Mark L. DUDLEY, Appellant.

No. WD 64322.

Missouri Court of Appeals,
Western District.

Sept. 20, 2005.

Ellen H. Flottman, Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, PAUL M. SPINDEN, Judge and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM.

Mark L. Dudley appeals from his conviction by jury of one count of felony murder in the second degree, § 565.021, one count of burglary in the second degree, § 569.170, and one count of armed criminal action, § 571.015. Appellant was sentenced as a prior and persistent offender to consecutive terms of life imprisonment on the felony murder count, fifteen years on the burglary count, and twenty-five years on the armed criminal action count. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Hector CARDENAS, Appellant.

No. WD 64315.

Missouri Court of Appeals,
Western District.

Sept. 20, 2005.

Margaret Mueller Johnston, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Alison K. Brown, Asst. Attorney General, Jefferson City, MO, joins on the briefs, for Respondent.

Before JAMES M. SMART, JR., P.J., RONALD R. HOLLIGER, and LISA WHITE HARDWICK, JJ.

### Order

PER CURIAM.

Hector Cardenas appeals his jury convictions on two counts of first-degree assault, two counts of armed criminal action, and two counts of first-degree tampering. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).